■ 82 MAIN STREET CORP., Appellant, v MAIDAD RABINA, Also Known as MICKEY RABINA, Respondent. [634 NYS2d 400] —In an action, inter alia, to cancel a deed, the plaintiff appeals from an order of the Supreme Court, Putnam County (Hickman, J.), dated July 15, 1994, which denied its motion for summary judgment.

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that there are material triable issues of fact which preclude the granting of the plaintiff's motion for summary judgment. Mangano, P. J., Miller, Santucci and Hart, JJ., concur.